HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY, SBN 139166
domalley@hansonbridgett.com
WARREN HODGES, SBN 287162
whodges@hansonbridgett.com
MICHAEL E. TURNER, SBN 228747
mturner@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Jonathan Van Ee, SBN 214129
jonathan@probusinessattorneys.com
THE LAW OFFICES OF JONATHAN VAN EE
7172 Regional Street No. 342
Dublin, California 94568
Telephone:    (415) 938-7694

Attorneys for Defendant
SAN FRANCISCO HEALTH CARE
AND REHAB INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE JOHNSON, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO HEALTH CARE AND REHAB INC, a California Corporation; and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**DEFENDANT SAN FRANCISCO HEALTH CARE AND REHAB INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**(San Francisco County Superior Court Case No. CGC 22-597785)**<br><br>Complaint Filed:   January 24, 2022<br>Trial Date:            Not Set |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF JAMIE JOHNSON AND PLAINTIFF'S COUNSEL OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other

1  entities (i) have a financial interest in the subject matter in controversy or in a party to the
2  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
3  substantially affected by the outcome of this proceeding: None to report at this time.

4  DATED:  March 28, 2022                                    HANSON BRIDGETT LLP

                                                By:    */s/ Michael E. Turner*
                                                       DIANE MARIE O'MALLEY
                                                       WARREN HODGES
                                                       MICHAEL E. TURNER
                                                       Attorneys for Defendant SAN FRANCISCO
                                                       HEALTH CARE AND REHAB INC.